[No. 52050-4-I. Division One. March 22, 2004.]

HWH VALLEY DEVELOPMENT, INC., *Appellant*, v. JOSEPH C. WEST, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-17537-8, John P. Erlick, J., entered March 12, 2003. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Agid, J., concurred in by Cox, A.C.J., and Baker, J.

[No. 52060-1-I. Division One. March 22, 2004.]

JOHN SPOELSTRA, ET AL., *Appellants*, v. DRAINAGE DISTRICT 6 OF SNOHOMISH COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-07980-8, Ronald L. Castleberry, J., entered February 25, 2003. *Affimed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 52129-2-I. Division One. March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL MENDOZA, *Appellant*.

Appeal from judgments of the Superior Court for Skagit County, No. 90-1-00351-4, David A. Nichols, J., entered December 18, 1990 and February 6, 2003. *Dismissed* by unpublished per curiam opinion.

[No. 52194-2-I. Division One. March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL HUNIU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-05797-3, Robert H. Alsdorf, J., entered March 10, 2003. *Affirmed* by unpublished per curiam opinion.